1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,          )
                                   )
        Plaintiff,                 )
                                   )
vs.                                )          2:11-cr-089-PMP-CWH
                                   )
ANGEL OLVIDIO ESCOBAR-SABALLOS,    )
                                   )
        Defendant.                 )          **ORDER**
_____  )

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

     Shawn Perez's "Notice of Motion and Motion to Withdraw as Counsel for Defendant Angel Olvidio Escobar Saballos" (#110) was granted pursuant to the order filed April 17, 2012 (#112). Therefore;

     IT IS HEREBY ORDERED that Mario D. Valencia , Esq. is appointed as counsel for Angel Olvidio Escobar-Saballos in place of Shawn R. Perez, Esq. for the purpose of appeal.

     IT IS FURTHER ORDERED that Mr. Perez shall forward the file to Mr. Valencia forthwith.

DATED  this _ 19th day of April, 2012.

Nunc Pro Tunc: April 19, 2012.

_____
PHILIP M. PRO
United States District Judge