2012 MAY -2 P 3:28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

USA

Plaintiff,

vs.

ANGEL OLVIDIO ESCOBAR-SABALLOS

Defendant.

District No. 2:11-CR-089 PMP CWH

**ORDER TEMPORARILY UNSEALING TRANSCRIPT**

On April 30, 2012 this court received a transcript order form dated April 30, 2012 requesting a Transcript of the hearing held on June 10, 2011 from Mr. Mario D. Valencia, counsel for the Defendant, Angel Olvidio Escobar-Saballos , in which **a portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Defendant's Counsel.

**IT IS FURTHER ORDERED** that the portion of the sealed recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defendant's Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 2d day of May, 2012.

Philip M. Pro
United States District Judge