UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>ANGEL OLVIDIO<br>ESCOBAR-SABALLOS, et al.,<br><br>            Defendant. | 2:11-cr-00089-PMP-CWH<br><br>**ORDER** |

      Defendant Angel Olvidio Escobar-Saballos filed a Motion to Resentence (Doc. #144) with this Court on January 18, 2013.

      IT IS THEREFORE ORDERED that Government counsel shall file with this Court a Response to Defendant Angel Olvidio Escobar-Saballos's Motion to Resentence (Doc. #144) on or before February 20, 2013.

DATED:  January 22, 2013

_____
PHILIP M. PRO
United States District Judge