UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:11-CR-00089-PMP-CWH |
| | ) |
| vs. | ) **ORDER** |
| | ) |
| ANGEL OLIVIDIO ESCOBAR-SABALLOS, | ) |
| | ) |
| Defendant. | ) |

For the reasons set forth in the Government's Opposition (Doc. #146) filed January 12, 2013, and good cause appearing,

**IT IS ORDERED** that Defendant Escobar's Motion to Set Aside Administrative Forfeiture (Doc. #142) is **DENIED**.

DATED:  January 28, 2013.



_____
PHILIP M. PRO
United States District Judge