UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:11-CR-00089-PMP-CWH |
| vs. | ) | **ORDER** |
| ANGEL OLIVIDIO ESCOBAR-SABALLOS, | ) | |
| Defendant. | ) | |

Before the Court for consideration is Defendant Escobar-Saballos' Motion for Resentencing (Doc. #144) and Motion for District Judge to Reconsider (Doc. #150).

For the reasons set forth in the Government's Response in opposition to Defendant Escobar-Saballos' Motion for Resentencing (Doc. #149), the Court finds Defendant's Motion for Resentencing (Doc. #144) must be denied. Specifically, this Court lacks jurisdiction to entertain the relief requested in Defendant's motion.

Additionally, the Court finds Defendant Escobar-Saballos has failed to set forth a cognizable basis to warrant reconsideration of this Court's Order (Doc. #148) entered January 28, 2013, which denied Defendant's earlier Motion to Set Aside Administrative Forfeiture (Doc. #142).

///

**IT IS THEREFORE ORDERED** that Defendant Angel Escobar-Saballos' Motion for Resentencing (Doc. #144) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Escobar-Saballos' Motion for District Judge to Reconsider (Doc. #150) is **DENIED**.

DATED: February 26, 2013.

PHILIP M. PRO
United States District Judge