UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-00089-PMP-CWH |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| ANGEL OLIVIDIO ESCOBAR-SABALLOS, | ) | |
| Defendant. | ) | |

Before the Court for consideration is Defendant Escobar's Motion Pursuant to 28 U.S.C. §2255 To Vacate, Set Aside Or Correct Sentence By A Person In Federal Custody (Doc. #158). For the reasons set forth in the Government's Opposition to Defendant's Motion (Doc. #169), the Court finds Defendant's motion pursuant to 28 U.S.C. §2255 must be denied.

First, Defendant's claims are procedurally defaulted as he failed to raise them on direct appeal and has here presented no "cause and prejudice" basis for failing to do so. *Withrow v. Williams*, 507 U.S. 680 (1993). Moreover, as argued by the Government in its Opposition (Doc. #169), each of Defendant's claims fails on the merits.

Further, with respect to Defendant's repackaged claim of "ineffective assistance" of counsel, the "successive claim rule" would bar Defendant's relief as he essentially made the same argument of ineffective assistance of counsel on direct appeal.  Regardless, Defendant has here failed to show his counsel's representation fell below an objective standard of reasonableness, and that counsel's deficient performance prejudiced him.  *Strickland v. Washinton*, 466 U.S. 668 (1984).

**IT IS THEREFORE ORDERED** that Defendant Escobar's Motion Pursuant to 28 U.S.C. §2255 To Vacate, Set Aside Or Correct Sentence By A Person In Federal Custody (Doc. #158) is **DENIED**.

**IT IS FURTHER ORDERED** that finding that Defendant Escobar's Motion lacks any merit, a Certificate of Appealability is also **DENIED**.

DATED: February 27, 2014.

PHILIP M. PRO
United States District Judge