UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | 2:11-CR-00089-PMP-CWH |
| Plaintiff,     ) | **ORDER** |
| )  | |
| vs.     ) | |
| )  | |
| ANGEL OLIVIDIO ESCOBAR-     ) | |
| SABALLOS,     ) | |
| )  | |
| Defendant.     ) | |

For the reasons set forth in the Government's Opposition (Doc. #173),

**IT IS ORDERED** that Defendant Escobar-Saballos' Motion for

Reconsideration (Doc. #172) is **DENIED**.

DATED: March 31, 2014.

_____
PHILIP M. PRO
United States District Judge