UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANGEL OLVIDIO ESCOBAR-SABALLOS,<br><br>    Defendant. | 2:11-CR-00089-PMP-CWH<br><br>ORDER |

IT IS ORDERED that Defendant/Appellant Escobar's Motion for the Court to Take Judicial Notice and Motion to Permit Appellant to Appeal His Motion to Reconsider (Doc. #176), is GRANTED and a certificate of appealability is hereby GRANTED to permit Escobar to appeal this Court's denial of his Motion for Reconsideration.

IT IS FURTHER ORDERED that Defendant/Appellant Escobar's Motion to Proceed In Forma Pauperis (Doc. #178) is GRANTED.

DATED: July 21, 2014

_____
PHILIP M. PRO
United States District Judge