UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　Plaintiff<br><br>v.<br><br>Angel Olvidio Escobar-Saballos,<br><br>　　Defendant | 2:11-CR-00089-JAD-CWH<br><br>**Order Denying Second Motion for Sentence Reduction**<br><br>[ECF No. 206] |

　　On April 10, 2012, the Honorable Judge Philip M. Pro sentenced Angel Olvidio Escobar-Saballos to 120 months in prison for conspiracy to distribute methamphetamine and possession of methamphetamine with intent to distribute.[1] In November 2014, Amendment 782 to the sentencing guidelines reduced by two levels the base-offense levels for certain drug offenses. Shortly after the amendment took effect, I appointed Assistant Federal Public Defender Nisha Brooks-Whittington to determine whether Escobar-Saballos qualified for a reduction; she later withdrew as counsel and declined to move for the reduction. Escobar-Saballos then filed a pro se motion for a sentence reduction under the amendment, which I denied.[2]

　　Escobar-Saballos has now filed a second motion for a sentence reduction in which he reiterates that Amendment 782 is retroactive and applies to his sentence. As I explained in my previous order, the guidelines prohibit sentence reductions below the low end of the adjusted guideline range.[3] Because Escobar-Saballos's 120-month sentence is less than the amended guideline range of 135–168 months' imprisonment, he is not eligible for a reduction under the

---

[1] ECF No. 108.

[2] ECF No. 205.

[3] *See* U.S.S.G. § 1B1.10(b)(2)(A) ("the court shall not reduce the defendant's term of imprisonment under 18 USC 3582(c)(2) . . . to a term that is less than the minimum of the amended guideline range"); *see also United States v. Tercero*, 734 F.3d 979 (9th Cir. 2013) (holding that "U.S.S.G. 1B1.10(b)(2)(A) prohibits reductions below the low end of the adjudged Guidelines range"); *United States v. Davis*, 739 F.3d 1222, 1223–1224 (9th Cir. 2014) (same).

amendment.[4]

Accordingly, IT IS HEREBY ORDERED that Escobar-Saballos's second motion for a sentence reduction **[ECF No. 206] is DENIED.**

Dated this 21st day of February, 2017.

_____
Jennifer A. Dorsey
United States District Judge

---

[4] It appears that Escobar-Saballos's 120-month sentence was the result of a downward variance from his original guideline range of 168–210 months.